## STATEMENT OF FACTS

On January 24, 2014, members of the FBI and the Metropolitan Police Department executed a search warrant at xxxxxxxxxxxxxxxx, Washington, DC. The defendant, Marsha Denise Richardson, resides in the residence and was present during the execution of the search warrant. The search of the residence that followed resulted in seizures of the following items: a .380 caliber handgun, serial number AP310518, loaded with four rounds of ammunition including one in the chamber in room "D"; a box of .380 caliber ammunition containing nineteen rounds in the hallway; two medicine bottles containing a substance which field tested positive for heroin in room "C"; a crack pipe in room "B"; and other drug paraphernalia in the hallway.

The defendant, Marsha Richardson and William David Hill were present in the apartment when law enforcement entered to serve the search warrant. Documents indicate that defendant Richardson is the lessee of the apartment. The defendant claimed ownership of the above-mentioned handgun, which was discovered inside a purse in the apartment bedroom. To the best of the undersigned agent's knowledge, defendant Marsha Richardson has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court for the District of Columbia, Case Number 1987-CMD-002549. Before filing this complaint, the agent reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. The agent wrote her initials on the computer print-out that she reviewed so that she would recognize it again in the future. To the best of the undersigned agent's knowledge, there are no .380 semi-automatic pistols nor .380 caliber ammunition manufactured in the District of Columbia.

Based upon the evidence uncovered during the search described above and upon the defendant's statement indicating that she had knowledge of the presence of the weapon in the home, your affiant believes there is probable cause to believe that the defendant possessed the handgun unlawfully.

_____
SPECIAL AGENT ULRIKE KUCHARZYCK
FEDERAL BUREAU OF INVESTIGATION
WASHINGTON FIELD DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF JANUARY, 2014.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE